# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Pregerson, Dean D. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/25/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>312 N. Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. Custodian | Smith Barney U/CA/UTMA |
| 3. Custodian | Smith Barney U/CA/UTMA |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Pregerson, Dean D.**

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/10 | Self-Employed Consultant/Counselor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MorganStanley | Portfolio CreditLine | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Smith Barney | | | | | | | | | |
| 2. | - Citibank NA South Dakota Bank Deposit Program | | | | | Closed | 06/30/10 | J | | |
| 3. | - Microsoft | D | Dividend | M | T | | | | | |
| 4. | - Metlife Ins Co of Connecticuit Annuity | | None | N | T | | | | | |
| 5. | Smith Barney U/CA/UTMA B | | | | | | | | | |
| 6. | - Money Market | A | Dividend | L | T | | | | | |
| 7. | - Intel | A | Dividend | J | T | | | | | |
| 8. | - Microsoft | A | Dividend | J | T | | | | | |
| 9. | - Pfizer Inc | A | Dividend | J | T | | | | | |
| 10. | - Tim Hortons Inc | A | Dividend | J | T | | | | | |
| 11. | - Wal-Mart Stores INc | A | Dividend | J | T | | | | | |
| 12. | - Wendys International Inc | A | Dividend | J | T | | | | | |
| 13. | - Fidelity Spartan 500 | A | Dividend | J | T | | | | | |
| 14. | - Janus Fund | A | Dividend | J | T | | | | | |
| 15. | - Janus Global Select | A | Dividend | K | T | | | | | |
| 16. | - Israel Due 2014 7th Dev B | A | Dividend | J | T | | | | | |
| 17. | Smith Barney U/CA/UTMA D | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000.001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Cash & Moeny Market | A | Dividend | K | T | | | | | |
| 19. - Intel Corp | A | Dividend | J | T | | | | | |
| 20. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 21. - Pfizer Inc | A | Dividend | J | T | | | | | |
| 22. - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 23. - Fidelity Concord Str Spartan US Equity | A | Dividend | J | T | | | | | |
| 24. - Janus Fund Inc | A | Dividend | J | T | | | | | |
| 25. - Janus Invt Fd Twenty Fd | A | Dividend | J | T | | | | | |
| 26. - Janus Global Select | A | Dividend | K | T | | | | | |
| 27. Smith Barney IRA #2 | | | | | | | | | |
| 28. - Alliancebernstein International Growth A | A | Dividend | J | T | | | | | |
| 29. - Legg Mason Partners Aggressive Growth Fd | A | Dividend | K | T | | | | | |
| 30. - Legg Mason Partners Appreciation Fund A | A | Dividend | J | T | | | | | |
| 31. Fiduciary Cap Pension Prts DDP | | None | J | U | | | | | |
| 32. Smith Barney IRA #1 | | | | | | | | | |
| 33. - Citibank NA South Dakota Bank Deposit Pr | A | Dividend | L | T | | | | | |
| 34. - GNMA MATY: 2015 | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CG Capital Markets - Large Cap Value Inv | D | Dividend | M | T | Buy (add'l) | 06/04/10 | J | | |
| 36. - CG Capital Markets - Small Cap Value Inv | A | Dividend | J | T | Sold (part) | 06/04/10 | K | B | |
| 37. - CG Capital Markets - Emerging Markets In | C | Dividend | L | T | Buy (add'l) | 06/04/10 | J | | |
| 38. | | | | | Sold (part) | 07/23/10 | J | A | |
| 39. - CG Capital Markets - Internat'l Equity | B | Dividend | L | T | Buy (add'l) | 06/04/10 | K | | |
| 40. | | | | | Sold (part) | 07/23/10 | J | A | |
| 41. - CG Capital Markets - Large Cap Growth | A | Dividend | M | T | Buy (add'l) | 06/04/10 | J | | |
| 42. | | | | | Sold (part) | 06/04/10 | K | A | |
| 43. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 44. - CG Capital Markets - Small Cap Growth | A | Dividend | J | T | | | | | |
| 45. - Strips-Tint-US Treasury Maty: 2010 | | | | | Matured | 08/16/10 | K | A | |
| 46. - Money Market | A | Interest | J | T | | | | | |
| 47. - American Express Centurion Bk CD | A | Interest | L | T | | | | | |
| 48. - Capmart Bank CD | A | Interest | L | T | | | | | |
| 49. - GMAC Bank CD | A | Interest | L | T | | | | | |
| 50. - Keybank Nat'L Association CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset #15 name changed from Janus Orion to Janus Global Select Fund
Asset #23 name changed from Fidelity Spartan 500 Index to Fidelity Concord STR Spartan US Equity Index Fund
Asset #26 name changed from Janus Orion to Janus Global Select Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dean D. Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544